AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

FILED
IN CLERK'S OFFICE
2004 AUG 23 P 12: 56
U.S. DISTRICT COURT
DISTRICT OF MASS.

CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC
d/b/a CHARTER COMMUNICATIONS

**SUMMONS IN A CIVIL CASE**

V.

PETER LANCETTE

CASE NUMBER:

**04-40151**

TO: (Name and address of defendant)

Peter Lancette
18 Otis Street
Auburn, MA 01501

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher L. Brown, Esquire
Murtha Cullina
99 High Street
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

CLERK

Sherry Jones
(BY) DEPUTY CLERK

8-11-04
DATE

Paul

## RETURN OF SERVICE



**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

08/18/2004

I hereby certify and return that on 08/17/2004 at 10:55am I served a true and attested copy of the Summons and Complaint, Civil Cover Sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of PETER LANCETTE, by delivering in hand to ELLEN EARLE, at 18 OTIS ST, AUBURN, MA and by mailing first class mail to the above address on 08/18/2004. Fees: Service 20.00, Travel 20.48, Conveyance 3.00, Attest 10.00 & Postage and Handling 3.00, Total Fees: $56.48

Deputy Sheriff Paul R Almstrom

_____
**Deputy Sheriff**

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                                 Signature of Server

                                                 _____
                                                 Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.