UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS, <br><br> Plaintiff <br><br> v. <br><br> PETER LANCETTE, <br><br> Defendant | ] ] ] ] ] ] ] ] ] ] ] ] ] <br><br> CIVIL ACTION <br> NO.   04-40151 |

## STIPULATION OF DISMISSAL

Plaintiff Charter Communications Entertainment I, LLC d/b/a Charter Communications

and Defendant Peter Lancette agree to dismiss the Complaint against Defendant Peter Lancette

pursuant to Fed. R. Civ. P. 41(a) with prejudice and without costs to either party.

PLAINTIFF - CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC d/b/a CHARTER
COMMUNICATIONS

By Its Attorneys,

_____
Thomas S. Vangel, BBO #552386
Christopher L. Brown, BBO #642688
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110
Telephone: (617) 457-4000

DEFENDANT – Peter Lancette

_____
Peter Lancette
18 Otis Street
Auburn, MA 01501
Telephone: (508) 864-3082

286983-1